AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | 08CR0567-JM |
| GUADALUPE BERNAL-LOPEZ | CASE NUMBER: 08mj0437 |

I, GUADALUPE BERNAL-LOPEZ, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 2/28/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Defendant_

_Defense Counsel_

Before _Judicial Officer_

FILED
FEB 28 2008